*Tuesday, May 17, 1994*

## MOTION DOCKET

**94–103.** State v. D'Ambrosio. *Cuyahoga County,* No. 56448. On motion to withdraw as counsel and request for appointment of counsel, and on *pro se* motion to withdraw counsel and appoint new counsel. Motions to withdraw granted and the Ohio Public Defender is appointed.

F.E. SWEENEY, J., not participating.

**94–947.** Guendelsberger v. Ng. *Hardin County,* No. 6–93–4. On application for stay of execution/proceedings and request for extension of time. Application and request denied.

**94–963.** Doe v. Doe. *Hamilton County,* No. C–920809. On application for stay of execution/proceedings pending decision in 93–810, *Ault v. Jasko,* Lorain County, No. 92CA005344. Application granted.

*Wednesday, May 25, 1994*

## MERIT DOCKET

**93–1744.** State ex rel. Boehning v. Nelson. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–248.** State ex rel. Wells v. Monroe Cty. Bd. of Commrs. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.
DOUGLAS, J., dissents.

**94–304.** State ex rel. Booth v. Second Dist. Court of Appeals, Clark Cty. In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–561.** Visnick v. Mahoning Cty. Court of Common Pleas. In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–574.** State ex rel. Sekala v. Eighth Dist. Court of Appeals. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–601.** Wise v. Ohio Adult Parole Auth. In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–702.** Dow v. Franklin Cty. Ohio. In Habeas Corpus. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.